■ In the Matter of HCA INTERNATIONAL, INC., Appellant, v HENRY A. KNOTT OF NEW YORK, INC., Respondent. — Order unanimously affirmed, with costs, on the decision at Special Term, Aronson, J. (see, also, *Matter of Schlaifer v Sedlow,* 51 NY2d 181; *City of Buffalo v American Federation of State, County & Municipal Employees,* 80 AD2d 721). (Appeal from order of Onondaga Supreme Court — arbitration.) Present — Callahan, J.P., Doerr, Denman and Schnepp, JJ.